

# Fourth Court of Appeals
## San Antonio, Texas

May 14, 2014

No. 04-13-00330-CR

Raymond **CLARK**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR4130
Honorable Maria Teresa Herr, Judge Presiding

# O R D E R

Sitting:      Catherine Stone, Chief Justice
               Marialyn Barnard, Justice
               Luz Elena D. Chapa, Justice

This cause is currently set for formal submission and oral argument on Tuesday, June 24, 2014. Appellant has filed a motion to reset oral argument for a date after August 1, 2014. The motion states appellant's counsel is currently scheduled to be on vacation from June 11, 2014 to June 30, 2014 and from July 21, 2014 to July 30, 2014.

Appellant's motion to reset oral argument is GRANTED IN PART. The above cause is reset for formal submission and oral argument before this Court, on Wednesday, July, 9, 2014, at 9:00 A.M., before a panel consisting of Chief Justice Stone, Justice Barnard, and Justice Chapa.

Argument is limited to twenty (20) minutes to each side with ten (10) minutes rebuttal for the Appellant. If you do not wish to present oral argument, you must notify this Court in writing within seven (7) days of receiving this order.

It is so **ORDERED** on the 14th day of May, 2014.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court